# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147898(14)

ROSALIE M. BAGBY, Personal
Representative of the ESTATE OF
DALE LEE BAGBY, II,
        Plaintiff-Appellee,

SC: 147898
COA: 311597
Wayne CC: 11-001670-NO

v

DETROIT EDISON COMPANY,
        Defendant-Appellant.
_____/

     On order of the Chief Justice, the motion of the Michigan Manufacturers Association to participate as amicus curiae is GRANTED. The amicus brief submitted on December 12, 2013, by the Michigan Manufacturers Association on the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013


Clerk